Case 8:23-cv-02711-WFJ-AEP Document 9 Filed 12/01/23 Page 1 of 4 PageID 30

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

PATHWARD, NATIONAL ASSOCIATION,

*Plaintiff(s)*

v.

FINE LINE LASER CLINIC, LLC, and ANA MABEN, as Guarantee,

*Defendant(s)*

Civil Action No. 8:23-cv-02711-WFJ-AEP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FINE LINE LASER CLINIC, LLC
c/o Gavin Gillette, Registered Agent
8519 Raven Ridge Drive NE
Albuquerque, NM 87113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob Hanson
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Tel: 813-559-5500 | Fax: 813-229-5946
jhanson@bradley.com; tabennett@bradley.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Jessica Melendez

Date: December 1, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-cv-02711-WFJ-AEP

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Fine Line Laser Clinic, LLC
was received by me on *(date)* Dec. 4th, 2023

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gavin Gillette Registered Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Fine Line Laser Clinic, LLC on *(date)* 12/14/23 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/18/23

[signature]
*Server's signature*

Michael Black - Process Server
*Printed name and title*

Served 2 Perfection Po Box 65399 Alb. NM 87193
*Server's address*

Additional information regarding attempted service, etc: